**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CITY OF TITUSVILLE, FLORIDA,**

          **Plaintiff,**

-vs-                                      Case No. 6:05-cv-1574-Orl-19KRS

**LEXINGTON INSURANCE COMPANY,**
**AIG INSURANCE SERVICES, INC.,**

          **Defendants.**

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANT'S MOTION TO COMPEL SUFFICIENT INITIAL DISCLOSURES UNDER RULE 26(a)(1)(B), (C) [AND] REQUEST FOR SANCTIONS (Doc. No. 53)** |
| **FILED:** | **June 29, 2006** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

Defendant Lexington Insurance Company (Lexington) seeks an order requiring Plaintiff City of Titusville (City) to provide information missing from the City's initial disclosures under Federal Rule of Civil Procedure 26(a)(1)(B) and (C).[1]

---

[1] The initial disclosures were due within fourteen days after the Rule 26(f) conference, which was conducted on December 8, 2005. Doc. No. 32; Fed. R. Civ. P. 26(a).

As of the time this order was written, the City had not filed a response to the motion, and the time for doing so has passed. Accordingly, I treat the motion as unopposed.

It is **ORDERED** that, on or before July 28, 2006, the City shall serve upon counsel for Lexington the information required to be disclosed in Rule 26(a)(1)(B) and (C). It is further **ORDERED** that, on or before July 28, 2006, the City shall tender to counsel for Lexington the sum of $100 to compensate Lexington, in part, for the reasonable expenses, including attorney's fees, it incurred in filing the motion to compel more complete initial disclosures. *See* Fed. R. Civ. P. 37(c).

**DONE** and **ORDERED** in Orlando, Florida on July 19, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties